**DISMISS and Opinion Filed January 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00355-CV**

**TYRONE CEASAR AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**MIRA LAGOS APARTMENTS LTD DBA ENCLAVE AT MIRA LAGOS,**
**Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05158-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated on May 2, 2022 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was closed on August 30, 2022, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c).  To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220355F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

TYRONE CEASAR AND ALL
OTHER OCCUPANTS, Appellant

No. 05-22-00355-CV      V.

MIRA LAGOS APARTMENTS
LTD DBA ENCLAVE AT MIRA
LAGOS, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-21-05158-
B.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered January 26, 2023